IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**RICKEY WATSON**                                                                                                        **PLAINTIFF**

**vs.**                                                                                            **CAUSE NO. 3:13cv760-TSL-JCG**

**HINDS COUNTY, MISSISSIPPI,**
**HINDS COUNTY SHERIFF'S DEPARTMENT,**
**DEPUTY SHERIFF RICHARD THOMPSON,**
**and JOHN DOES 1-5**                                                                                                   **DEFENDANTS**
_____

**STIPULATION OF DISMISSAL WITH PREJUDICE**
_____

**NOW COME**, Rickey Watson, Plaintiff, acting through his undersigned counsel of record, and Hinds County, Mississippi, the Hinds County Sheriff's Department, and Deputy Sheriff Richard Thompson, Defendants, acting through their undersigned counsel of record, together as all parties who have appeared in this cause of action, and do hereby stipulate, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), that the suit styled *Rickey Watson v. Hinds County, Mississippi et al*, bearing cause number 3:13cv760-TSL-JCG, including any and all claims which were or might have been encompassed therein against the Defendants by the Plaintiff, are hereby dismissed with prejudice, with each party to bear their respective costs and attorneys' fees.

**SO STIPULATED,** this the 8th day of December, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ William P. Starks, II
　　　　　　　　　　　　　　　　　　　　　　　　**WILLIAM P. STARKS, II, ESQ.**
　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Jason E. Dare
　　　　　　　　　　　　　　　　　　　　　　　　**JASON E. DARE, ESQ.**
　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*